# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **THELMA R. CURRY, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 02-101C<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL PLAINTIFFS**<br><br>(Judge Wolski)<br><br>Electronically filed on August 3, 2006 |

Pursuant to Rule 21 of the Rules of this Court ("RCFC"), Plaintiffs hereby move for leave add additional named Plaintiffs in the above-captioned matter as potential Class Representatives.  The additional named Plaintiffs are as follows:

   Corenna M. Ambrose
   Barbara Jean Cain
   Sandra A. Cesnik
   Rose Ellen Flint
   Sanora M. Gibson
   Mary Ann Mackin
   Mary Louise Laverdiere
   Florence D. Rice
   Susan C. Swimley
   Elizabeth J. Titley
   Donna L. Thompson
   Nancy L. Robinson
   Mary M. Miller
   Sue A. Heck

The addition of these named Plaintiffs will bring the total number of named Plaintiffs to 16.  Consistent with the two original named Plaintiffs, the additional named Plaintiffs were employed by the United States within its agency, the Department of Veterans Affairs, either as

Registered Nurses or as "hybrid" employees, and regularly received premium pay pursuant to Title 38, U.S.C. for regularly scheduled weekend and night duty that was not included in their bi-weekly pay when they used paid leave.  Each additional Plaintiff's full name, address, last four digits of their social security number, place of employment, and position are identified in the list attached as Exhibit 1.  If the Court so requests, Plaintiffs can file under seal an unredacted exhibit containing the potential Class Representatives' full social security numbers pursuant to General Order No. 42A, Part VII, paragraph 26.

Adding these persons to the list of named Plaintiffs as additional potential Class Representatives is the only change being proposed in this motion.  Defendant has taken Plaintiffs to task in various briefs filed in this case that there are only two named Plaintiffs listed as potential Class Representatives. However, the opinion of the Court with respect to liability has drawn the attention of many professional employees and former employees of the VA who have been paid pursuant to Title 38, and these additional persons have expressed their intent to serve as potential Class Representatives in order to protect the interests of other class members.  As such, granting leave to add these additional plaintiffs will not cause any delay with respect to the resolution of this matter.

Counsel for the Plaintiffs have discussed Plaintiffs' motion to seek leave to add these additional named Plaintiffs with counsel for the United States, who has not responded as to whether the United States would or would not oppose this motion.

For these reasons pursuant to RCFC 21 "on such terms that are just", Plaintiffs respectfully request that the Court grant this motion for leave to add the persons listed in Exhibit 1 as named Plaintiffs in this case.

Dated:   August 3, 2006                              Respectfully Submitted,

                                                     s/ Ira M. Lechner

                                                     Ira M. Lechner
                                                     Counsel for Plaintiffs
                                                     19811-4th Place
                                                     Escondido, CA 92029
                                                     (858) 864-2258

OF COUNSEL:
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700

# Thelma R. Curry et al. v. United States

**Exhibit 1 to Plaintiffs' Motion to Add Additional Plaintiffs**

1. **CORENNA M. AMBROSE**
   **222 Crescent Road**
   **Beckley, WV  25801**
   **SSN:** ▮▮▮▮▮
   **RN  Agency:  VA**
   **Last Place of employment:  VA Medical Center, Beckley, WV**

2. **BARBARA JEAN CAIN**
   **417 Wooded Acres Drive**
   **Newport, NC  28570-7561**
   **SSN:** ▮▮▮▮▮
   **RN  Agency:  VA**
   **Last Place of employment:  Northport VA Hospital, Northport, NY**

3. **SANDRA A. CESNIK**
   **3822 Euclid Avenue**
   **Madison, WI  53711**
   **SSN:** ▮▮▮▮▮
   **RN  Agency:  VA**
   **Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI**

4. **ROSE ELLEN FLINT**
   **4 Spur Circle**
   **Albany, NY  12205**
   **SSN:** ▮▮▮▮▮
   **RN  Agency:  VA**
   **Last Place of employment:  Samuel S. Stratton Upstate VA Medical Center, Albany, NY**

5. **SANORA M. GIBSON**
   **22 Meadowdale Lane**
   **West Seneca, NY 14224**
   **SSN:** ▮▮▮▮▮
   **RN  AGENCY: VA**
   **Last Place of employment: Buffalo Veterans Medical Center**

6. **MARY ANN MACKIN**
   1016 Sherwood Road
   Pittsburgh, PA  15221-3765
   SSN:
   RN  Agency:  VA
   Last Place of employment:  Highland Drive VA Medical Center,
                              Pittsburgh, PA

7. **MARY LOUISE LAVERDIERE**
   31 Quinby Street
   Augusta, ME  04330
   SSN:
   RN  Agency:  VA
   Last Place of employment:  Togus VAC

8. **FLORENCE D. RICE**
   208 Shunpike Road
   Madison, NJ  07940
   SSN:
   RN  Agency:  VA
   Last Place of employment:  VAMC East Orange, New Jersey

9. **SUSAN C. SWIMLEY**
   148 Juniper Trail
   Winchester, VA 22602
   SSN:
   RN  AGENCY: VA
   Last Place of Employment: Martinsburg West Va. VAMC

10. **ELIZABETH J. TITLEY**
    123 Lakeview Drive
    Butler, PA  16001
    SSN:
    Agency:  VA
    RN  Last Place of employment:  Butler VA Medical Center

11. **DONNA L. THOMPSON**
    227 Meadowvale Drive
    Cheswick, PA  15024-9423
    SSN:
    RN  Agency:  VA
    Last Place of employment:  Highland Drive VA, Pittsburgh, PA

12. **NANCY L. ROBINSON**
    3802 Rosecrans Street, #311
    San Diego, CA 92110
    SSN: ███████
    LVN  Agency:  VA
    Last Place of employment:  San Diego VA Medical Center, San Diego, CA

13. **MARY M. MILLER**
    20524 County Hwy. D
    Richland Center, WI 53581
    SSN: ███████
    LPN  Agency:  VA
    Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI

14. **SUE A. HECK**
    4402 Sequoia Dr., Box 303
    Windsor, WI 53598
    SSN: ███████
    LPN  Agency:  VA
    Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI