IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-101C<br><br>Judge Victor J. Wolski |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION**

## I. INTRODUCTION.

Plaintiffs respectfully move pursuant to Rule 5.2(b)(2), RCFC, for leave to exceed the page limit on their Reply Memorandum of Points and Authorities In Support of Motion to Certify Class Action, which is in excess of the page limit set by Rule 5.2(b)(2).

This case requires extensive briefing in order to properly represent the claims of tens of thousands of employees of the Department of Veterans Affairs who are grouped in several large categories. The Court had stayed class certification briefing in 2002 pending the briefing and outcome of the parties cross-motions for summary judgment. In the interim, the Claims Court has rewritten its Rule 23 (RCFC), and this Court issued a

lengthy and detailed ruling on the parties' summary judgment cross-motions. Both of those developments impact, and must be addressed in plaintiffs' Reply Memorandum in Support of Motion to Certify Class Action. Further, defendant's Amended Opposition to Plaintiffs' Motion for Class Certification is 27 pages, and addresses numerous issues to which plaintiffs must respond. Plaintiffs' counsel represents that every effort has been made to avoid duplication and repetition and that the attached Reply Memorandum is necessary in the interests of justice on behalf of the proposed class of employees represented herein.

WHEREFORE, Plaintiffs respectfully move for leave to exceed the page limit on the Reply Memorandum of Points and Authorities In Support of Motion to Certify Class Action.

Respectfully submitted,

s/Ira M. Lechner

IRA M. LECHNER, ESQ.
Attorney
19811-4th Place
Escondido, CA 92029
Tel: (760) 839-0565
Fax: (760) 839-5755

Attorney for Plaintiffs

ROBERT W. BROWNLIE, ESQ.
DLA Piper Rudnick Gray Cary
US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

Co-Counsel for Plaintiffs

Dated: September 1, 2006