IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-101C<br><br>Judge Victor J. Wolski |

**APPENDIX TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION**

IRA M. LECHNER, ESQ.
Attorney
19811-4th Place
Escondido, CA 92029
Tel: (760) 839-0565
Fax: (760) 839-5755

Attorney for Plaintiffs

Dated: September 1, 2006

# TABLE OF CONTENTS

Tab

Consolidated Statement of Uncontroverted Facts ........ 1

Order dated September 3, 2002 ........ 2

Declaration of Barbara Jean Cain ........ 3

Declaration of Ira M. Lechner ........ 4

Declaration of Robert Brownlie ........ 5

**TAB 1**

## CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS

1. **Plaintiff Yolanda Quimby is employed by the Department of Veterans Affairs (the "VA") as a Licensed Vocational Nurse ("LVN").** Claim by plaintiffs; admitted by defendant in its Answer ¶¶ 4, 5.

2. **Plaintiff Thelma R. Curry was employed by the VA as a Registered Nurse ("RN") within the applicable limitations period.** Claim by plaintiffs; admitted by defendant in its Answer ¶¶ 4, 5.

3. **Immediately prior to their taking authorized and accrued "leave with pay," each plaintiff customarily and regularly received premium pay pursuant to 38 U.S.C. section 7453 for work at night on a tour of duty any part of which was within the period between 6:00 p.m. and 6:00 a.m., and/or for work on weekends on a tour of duty any part of which was between the period commencing at midnight Friday and ending at midnight Sunday.** Claim by plaintiffs; admitted by defendant in its Answer ¶ 4 and its Response to Requests for Admission No. 3, No. 5, No. 7.

4. **VA employed or employs within the applicable limitations period persons who were appointed under the authority of 38 U.S.C. Chapter 73 who were or are registered nurses and nurse anesthetists who receive premium pay for work at night and/or on weekends pursuant to 38 U.S.C. section 7453.** Claim by plaintiffs; admitted by defendant in its Answer ¶¶ 13, 14, 40. **Such nurses and nurse anesthetists are not General Schedule ("GS") employees and are not paid either basic pay or premium pay under title 5; they receive all of their pay pursuant to title 38; the term "nurse" means registered nurse.** Stipulated by the parties.

5. **VA employed or employs within the applicable limitations period persons appointed under the authority of 38 U.S.C. chapter 74 who were or are physician assistants ("PAs") and expanded-function dental auxiliaries ("EFDAs") who receive premium pay for work at night and/or on weekends pursuant to 38 U.S.C. section 7454.** Claim by plaintiffs; admitted by defendant in its Answer ¶ 40. Stipulated by the parties.

6. **VA employed or employs within the applicable limitations period persons appointed under the authority of 38 U.S.C. chapter 74 who are designated as "hybrid" employees; included within this category are certified or registered respiratory therapists, licensed physical therapists, licensed practical nurses and licensed vocational nurses ("LPNs" and "LVNs"), pharmacists, and occupational therapists. Beginning January 1, 2002, all hybrid employees received premium pay for work on weekends pursuant to 38 U.S.C. sections 7453 and 7454, and before January 1, 2002, received such weekend premium pay if individually designated to do so by the Director of the VA facility at which such person was employed. Yolanda Quimby was so designated prior to January 1, 2002. Within the entire period covered by the complaint in this case, hybrid employees who were or are individually designated to do so also received premium pay for work at night pursuant to sections 7453 and 7454.** Claim by plaintiff; admitted by defendant.

7. **Certified or registered respiratory therapists, licensed physical therapists, LPNs and LVNs, pharmacists, and occupational therapists ("hybrid" employees) accrue leave under chapter 63 of title 5, U.S.C., but earn premium pay when they perform work as stipulated in paragraph 6 above. Included within this category are graduate nurse technicians and allied health trainees.** Claim by plaintiffs; admitted by defendant. Complaint ¶¶ 27, 28. Defendant's Answer ¶¶ 27, 28; Response to Request for Admission No. 1; Response to Request for Admission No. 12. **Such "hybrid" employees are GS employees and receive their basic pay pursuant to title 5.**

## PAY OF HYBRID EMPLOYEES WHEN ON PAID LEAVE

8. **Night differential pay not to exceed 8 hours or more in a single pay period was and is included in the computation of "pay" for periods of paid leave (annual leave, sick leave, court and military leave, and other paid leave under title 5) for any of the "hybrid" employees who earned such differential pay when they were regularly scheduled to work at night.** Claim by plaintiffs; admitted by defendant in its Response to Requests for Admissions Nos. 4, 6, 8, 9; and stipulated by the parties.

9. **From approximately October 1993 to approximately October 1997, premium pay under 38 U.S.C. section 7454 for regularly scheduled non-overtime Saturday and Sunday hours was included in "hybrid" employees' pay for periods of paid leave.** "PAID Teletype 93-047G3-36, dated October 1, 1993, Department of Veterans Affairs"; stipulated by the parties.

10. **From approximately November 1997 to the present, such premium pay under 38 U.S.C. section 7454 for regularly scheduled non-overtime Saturday and Sunday hours has not been include in "hybrid" employees' pay for periods of paid leave.** Stipulated by the parties.

**PAY OF REGISTERED NURSES, NURSE ANESTHETISTS, PAs, AND EFDAs WHEN ON PAID LEAVE**

11. **Night differential pay was and is included in the computation of "pay" for periods of paid annual leave, and sick leave for registered nurses, nurse anesthetists, PAs, and EFDAs who were regularly scheduled to work at night between the hours of 6:00 p.m. and 6:00 a.m., provided the employee did not use eight or more hours of paid leave within the pay period.** Stipulated by the parties.

12. **Night differential pay was and is included in the computation of "pay" for paid court leave and military leave for registered nurses, nurse anesthetists, PAs, and EFDAs who were regularly scheduled to work at night between the hours of 6:00 p.m. and 6:00 a.m., provided the employee did not use eight or more hours of paid leave within the pay period.** Stipulated by the parties.

13. **From approximately October 1993 to October 1997, premium pay under 38 U.S.C. section 7453 for regularly scheduled non-overtime Saturday and Sunday hours has been included in the "pay" for periods of paid court leave and paid military leave of registered nurses, nurse anesthetists, PAs, and EFDAs, but such premium pay has never been included in their "pay" for periods of paid annual leave and sick leave.** Stipulated by the parties.

**TAB 2**

ORIGINAL

# In the United States Court of Federal Claims

Case No. 02-101C
(Filed: September 3, 2002)

FILED
SEP 3 2002
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

THELMA R. CURRY and YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,
*Plaintiffs*,

v.

THE UNITED STATES OF AMERICA,
*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed **Motion to Stay Adjudication of Class Certification** until 30 days after Court rules on cross motions for summary judgment **is hereby GRANTED. Cross Motions for Summary Judgment shall be filed no later than November 15, 2002.**

IT IS SO ORDERED.

LAWRENCE M. BASKIR
Judge

**TAB 3**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-101C<br><br>Judge Victor J. Wolski |

**DECLARATION OF BARBARA JEAN CAIN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION**

1. My name is Barbara Jean Cain. I am fully competent and authorized to execute this Declaration. I have personal knowledge of all of the facts stated herein, and they are true and correct.

2. I was employed as a registered nurse ("RN") by the Department of Veteran's Affairs ("DVA") at the Northport VA Hospital in Northport, L.I., New York for over 20 years until I retired on November 3, 1997. For a number of years immediately preceding my retirement, I consistently was scheduled to work 80 hours per bi-weekly pay period on night shifts during the hours between 6 p.m. and 6 a.m.. I also was scheduled to work 16 hours in each of those pay periods on Saturdays and 16 hours per pay period on Sundays at that facility until I retired.

3. Attached are true and correct copies of my Earnings and Leave Statements for five (5) consecutive pay periods in mid-year 1997 (pay periods #13-18). These statements are representative of the Earnings and Leave Statements I received from the DVA during the time I was employed there, and specifically show that I received "additional" premium pay for night duty, and for duty on Saturdays as well as for duty on Sundays. In the section marked "Leave", the Statements show exactly how many hours of annual leave, sick leave, and other forms of leave that I "used" during that pay period. In the section marked "Earnings", the Statements show how many total "regular" hours I was credited as having worked during that pay period as well as my "Base Pay" for those hours; how many hours of "Night Differential" I was credited as having worked and how much I was paid additionally for those hours; how many "Saturday Premium Hours" I was credited as having worked and how much I was paid additionally for those hours; and how many "Sunday Premium Hours" I was credited as having worked and how much I was paid additionally for those hours. In the section marked "Salary Rate", the Statements identify my rate of basic pay, and I understand that the night differential pay rate of ten percent, as well as the Saturday and Sunday premium pay rate of twenty-five percent, is derived from my rate of basic pay.

4. During this period, whenever I "used" paid annual leave or sick leave, the DVA paid me only my basic pay for those specific hours of paid leave. As reflected in my Earnings and Leave Statements attached to this Declaration, the DVA subtracted from my customary pay the "additional pay" for those nights, Saturdays, and Sundays that I did not physically work whenever I took annual or sick leave, even though I was regularly scheduled for years to work those same night, Saturday and Sunday shifts (and receive additional pay) had I not taken leave.

I declare under penalty of perjury under the laws of the United States of America pursuant to the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Barbara Jean Cain 8/1-06

Barbara Jean Cain

**EXHIBIT**

8

Department of Veterans Affairs

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 164469 | 7-13 | 07-05 | 632- | 632 | [redacted] | 8241.21-61 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | II07 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 36,858.14 | 39,143.55 | | 00 |

| INCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | 1.00 | 697.25 | |
| SICK | 187.00 | 24.00 | 190.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

## EARNINGS

| ITEM DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 55 | 147.40 |
| HOLIDAY HOURS/PAY | 8 | 214.24 |
| SATURDAY PREMIUM HOURS/PAY | 7 | 46.90 |
| SUNDAY PREMIUM HOURS/PAY | 8 | 53.60 |
| GROSS EARNINGS ▶ | | 2,604.54 |
| NET PAY ▶ | | 1,573.66 |

## DEDUCTIONS

| ITEM DESCRIPTION | IDENT/CODE | AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 37.77 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 500.93 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.94 |
| STATE TAX - STATE/AMT | NY 02 | 132.15 |
| TSP G FUND DEDUCTION 50% | | 53.56 |
| TSP C FUND DEDUCTION 50% | | 53.56 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 1,030.88 |

FOR YOUR INFORMATION: TSP OPEN SEASON MAY 15 - JULY 31: TEND TO YOUR FUTURE NOW

VA FORM 5632
AUG 1998 (RS)

VA Department of Veterans Affairs

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 162956 | 7-14 | 07-19 | 632- | 632 | [redacted] | 8241.21-61 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | 1107 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 39,429.34 | 39,293.52 | | 00 |

| INCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | | 705.25 | |
| SICK | 187.00 | | 194.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | EARNINGS AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 80 | 214.40 |
| SATURDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| SUNDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| GROSS EARNINGS ▶ | | 2,571.20 |
| NET PAY ▶ | | 1,553.43 |

| ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | DEDUCTIONS AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 37.28 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 490.59 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.84 |
| STATE TAX - STATE/AMT | NY 02 | 129.87 |
| TSP F FUND DEDUCTION 20% | | 21.42 |
| TSP C FUND DEDUCTION 80% | | 85.70 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 1,017.77 |

FOR YOUR INFORMATION: TSP OPEN SEASON MAY 15 - JULY 31: TEND TO YOUR FUTURE NOW

VA FORM 5632
AUG 1996 (RS)

Department of Veterans Affairs

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 162791 | 7-15 | 08-02 | 632- | 632 | 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 | 8241.21-61 |

| CP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | 1107 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 42,000.54 | 39,443.49 | | 00 |

| NCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | | 713.25 | |
| SICK | 187.00 | | 198.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | EARNINGS AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 80 | 214.40 |
| SATURDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| SUNDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| GROSS EARNINGS ▶ | | 2,571.20 |
| NET PAY ▶ | | 1,553.43 |

| ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | DEDUCTIONS AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 37.28 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 490.59 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.94 |
| STATE TAX - STATE/AMT | NY 02 | 129.87 |
| TSP F FUND DEDUCTION 20% | | 21.42 |
| TSP C FUND DEDUCTION 80% | | 85.70 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 1,017.77 |

FOR YOUR INFORMATION: EMPLOYEE'S FEDERAL DEBTS ARE SUBJECT TO COMPUTER MATCHING

FORM 5632
G 1998 (RS)

VA Department of Veterans Affairs

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | [redacted] | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 163099 | 7-16 | 08-16 | 632- | 832 | | 8241.21-61 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | II07 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 44,453.82 | 39,593.46 | | 00 |

| INCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | 16.00 | 705.25 | |
| SICK | 187.00 | 8.00 | 194.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | EARNINGS AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 56 | 150.08 |
| SATURDAY PREMIUM HOURS/PAY | 8 | 53.60 |
| SUNDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| GROSS EARNINGS ▶ | | 2,453.28 |
| NET PAY ▶ | | 1,481.85 |

| ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | DEDUCTIONS AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 35.57 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 454.04 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.94 |
| STATE TAX -- STATE/AMT | NY 02 | 121.79 |
| TSP F FUND DEDUCTION 20% | | 21.42 |
| TSP C FUND DEDUCTION 80% | | 85.70 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 971.43 |

FOR YOUR INFORMATION: EMPLOYEE'S FEDERAL DEBTS ARE SUBJECT TO COMPUTER MATCHING

FORM 5632
1998 (RS)

Department of Veterans Affairs

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 163006 | 7-17 | 08-30 | 632- | 632 | [redacted] | 8241.21-61 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | II07 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 46,810.62 | 39,743.43 | | 00 |

| INCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | 40.00 | 673.25 | |
| SICK | 187.00 | | 198.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | EARNINGS AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 40 | 107.20 |
| SATURDAY PREMIUM HOURS/PAY | 8 | 53.60 |
| SUNDAY PREMIUM HOURS/PAY | 8 | 53.60 |
| GROSS EARNINGS ▶ | | 2,356.80 |
| NET PAY ▶ | | 1,420.63 |

| ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | DEDUCTIONS AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 34.17 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 426.79 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.84 |
| STATE TAX - STATE/AMT | NY 02 | 115.18 |
| TSP F FUND DEDUCTION 20% | | 21.42 |
| TSP C FUND DEDUCTION 80% | | 85.70 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 936.17 |

FOR YOUR INFORMATION: NATIONAL PAYROLL WEEK 9/15-19. THANK YOUR PAYROLL PROFESSIONAL TODAY!

FORM 5632
G 1996 (RS)

**Department of Veterans Affairs**

# EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| CAIN, BARBARA J | 163331 | 7-18 | 09-13 | 632- | 632 | [redacted] | 8241.21-61 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 80 | II07 | 55,703 | 6-26 | | 0 | 3 | | 305 | E | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL |
|---|---|---|---|---|---|
| | | 5% | Y | | E |

| YEAR TO DATE EARNINGS | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT | ADDL FED TAX DED |
|---|---|---|---|
| 49,281.99 | 39,893.40 | | 00 |

| INCL ADJ | REC ONLY | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 |
|---|---|---|---|---|---|
| | | | | | |

| LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|
| ANNUAL | 678.25 | 17.25 | 664.00 | |
| SICK | 187.00 | | 202.00 | |
| MILITARY | | | | |
| COMPENSATORY | | | | |
| RESTORED | | | | |
| NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | EARNINGS AMOUNT |
|---|---|---|
| REGULAR HRS/DAYS-BASE PAY | 80 | 2,142.40 |
| NIGHT DIFFERENTIAL HRS/PAY | 62.75 | 168.17 |
| SATURDAY PREMIUM HOURS/PAY | 16 | 107.20 |
| SUNDAY PREMIUM HOURS/PAY | 8 | 53.60 |
| GROSS EARNINGS ▶ | | 2,471.37 |
| NET PAY ▶ | | 1,492.84 |

| ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | DEDUCTIONS AMOUNT |
|---|---|---|
| RETIREMENT DEDUCTION-CSRS | 1 | 149.97 |
| MEDICARE TAX | | 35.83 |
| FEDERAL TAX-EXEMPTION/AMT | S02 | 459.64 |
| HEALTH INSURANCE-CODE/DED | 802 | 92.94 |
| STATE TAX - STATE/AMT | NY 02 | 123.03 |
| TSP F FUND DEDUCTION 20% | | 21.42 |
| TSP C FUND DEDUCTION 80% | | 85.70 |
| UNION DUES | | 10.00 |
| TOTAL DEDUCTIONS ▶ | | 978.53 |

FOR YOUR INFORMATION: NATIONAL PAYROLL WEEK 9/15-19. THANK YOUR PAYROLL PROFESSIONAL TODAY!

VA FORM 5632
AUG 1996 (RS)

# TAB 4

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THELMA R. CURRY et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C. A. No. 02-101C<br><br>(Judge Wolski) |

**DECLARATION OF IRA M. LECHNER**

I, Ira M. Lechner, do hereby affirm as follows:

1. I am counsel of record for the plaintiffs in the above-captioned case. I have concentrated my legal work on the representation of individuals in multi-plaintiff or class action litigation under the Fair Labor Standards Act and the Back Pay Act.

2. I received my undergraduate degree from Randolph-Macon College in 1955 and my law degree from Yale Law School in 1958. I served as an enlisted man in the Infantry, and also as an officer in the Judge Advocate General's Corps (JAG), of the United States Army from 1959 until 1962, and thereafter worked for the National Labor Relations Board in the General Counsel's Appellate Court Branch.

3. I have practiced law for forty-eight (48) years. I was first admitted to practice in New York in 1958. I have been a member of the District of Columbia Bar since July 18, 1967.

4. From 1988 to the present time, I have practiced exclusively in the United States Court of Federal Claims and its predecessor, and in the United States Court of Appeals for the Federal Circuit.

5. My litigation experience as Lead Counsel involving cases under the Back Pay Act, and similar statutes, includes: *Lanehart v. Horner*, 818 F.2d 1574 (Fed.Cir. 1987); *Armitage v. U.S.*., 991 F.2d 746 (Fed.Cir. 1993); *DeCosta v. U.S.*, 987 F.2d 1556 (Fed.Cir. 1993); *Doyle v. U.S.*, 931 F.2d 1546 (Fed.Cir. 1991); *Abreu et a.l v. U.S.*, 22 Cl.Ct. 230 ( 1991); *Riggs v. U.S.*, 21 Cl.Ct. 664 ( 1990); *Hays v. U.S.*, 16 Cl.Ct. 770 ( 1989); *Cook v. U.S.*, 855 F.2d 848 (Fed.Cir. 1988); *Aguiar et al. v. U.S.*, Nos. 91-1483C, 91-1690C, 92-165C, 92-372C and 92-431C ( 1995); *Abbott et al. v. U.S.*, 90-3867C, 91-1672C, and 93-168C ( 1995); *Adams et al. v. U.S.*, 36 Fed.Cl. 91 ( 1996 ); *Calhoun et al. v. U.S.*, 95-840C ( 2001); *Abrams et al. v. U.S.*, 57 Fed.Cl. 439 ( 2003); *Potter et al. v. U.S.*, No. 02-1108C; and the following cases currently pending in this court: *Archuleta et al. v. United States*, No. 99-205C; *Athey et al. v. United States*, No. 99-205-1C; *Barnes et al. v. U.S.*, No. 04-1335C (Co-Counsel); *John Doe and Jane Roe v. United States*, No. 06-111C; and *Curry et al. v. United States*, No. 02-101C.

I declare under penalty of perjury pursuant to the provisions of 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on August 24, 2006

S/ Ira M. Lechner

Ira M. Lechner

# TAB 5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-101C<br><br>Judge Victor J. Wolski |

**DECLARATION OF ROBERT BROWNLIE IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION**

I, Robert Brownlie, declare as follows:

1. I am a partner with DLA Piper Rudnick Gray Cary US LLP, attorneys of record for Plaintiffs in this action, and am licensed to practice before this Court. I am personally familiar with the following facts and, if called as a witness, could and would competently testify thereto.

2. I have been licensed to practice for over 16 years. During the past 16 years, I have been counsel in over 75 class action cases, including *Barnes v. United States*, No. 04-1335C, 68 Fed. Cl. 492 (Nov. 3, 2005). I have experience in prosecuting and defending against class action suits. I currently serve as a member of the Advisory Committee for BNA Class Action Litigation Report. I also have served as co-editor of Class Actions and Derivative Suits published by the ABA

Litigation Section. During my legal career, I have authored numerous articles related to class action litigation. I have also been a speaker at a number of class action seminars, including CLE courses on Rule 23 and state court class action practice. As class counsel in this matter, I will fairly and adequately represent the interests of the class and through my law firm I have access to and will commit the resources necessary to represent the class.

I declare under penalty of perjury under the laws of the United States of America, pursuant to the provisions of 28 U.S.C. § 1746, and the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of August, 2006, at San Diego, California.

ROBERT BROWNLIE