# In the United States Court of Federal Claims

No. 02-101C
(Filed September 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**THELMA R. CURRY and YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed plaintiff's motion to exceed the page limit with its reply brief in support of its motion to certify this matter as a class action. The motion is GRANTED. The Clerk is directed to file the document.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge