# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, et al.,<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 02-101C<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>(Judge Wolski)<br><br>Electronically filed on September 27, 2006 |

TO ALL PARTIES IN THIS ACTION AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of DLA Piper Rudnick Gray Cary US LLP has changed its name to DLA Piper US LLP. All future correspondence that is directed to the attorneys at this law firm should be addressed as follows:

**DLA PIPER US LLP**
**401 B Street, Suite 1700**
**San Diego, CA 92101-4297**

Dated: September 27, 2006

Respectfully Submitted,

s/ Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

OF COUNSEL:
ROBERT W. BROWNLIE
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700