# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, et al.,<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 02-101C<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PROPOSED ADDITIONAL CLASS REPRESENTATIVE**<br><br>(Judge Wolski)<br><br>Electronically filed on November 14, 2006 |

Plaintiffs filed a Motion for Leave to Add Additional Plaintiffs ("Motion for Leave") on August 3, 2006, and a Reply in Support of Plaintiffs' Motion for Leave on September 27, 2006. The Court has not yet issued a ruling on the Motion for Leave.

Plaintiffs' Motion for Leave, and Exhibit 1 thereto, list 14 individuals whom plaintiffs sought to add to this action as potential Class Representatives. Please take notice that plaintiffs hereby withdraw Elizabeth J. Titley from consideration as a potential additional Class Representative.

The other 13 proposed Class Representatives listed in plaintiffs' Motion for Leave and Exhibit 1 thereto remain for the Court's consideration as potential additional named plaintiffs pursuant to RCFC 21.

Dated: November 14, 2006

Respectfully Submitted,

s/ Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

OF COUNSEL:
ROBERT W. BROWNLIE
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700