# In the United States Court of Federal Claims

**02-101C**

**Filed: December 7, 2006**

**THELMA R. CURRY**

**v.**

**THE UNITED STATES**

PRECIPE

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.