# In the United States Court of Federal Claims

No. 02-101C
(Filed January 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **THELMA R. CURRY and YOLANDA QUIMBY, on behalf of themselves and all others similarly situated,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A hearing on plaintiffs' motion to certify class and motion for leave to add additional plaintiffs shall be held via telephone on Wednesday, January 24, 2007 at 1:30 p.m. The Court will initiate the call to the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge