## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THELMA R. CURRY, et al.,<br><br>for themselves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>THE UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 02-101C<br><br>**PLAINTIFFS' MOTION TO WITHDRAW THELMA R. CURRY AS A PLAINTIFF, AND TO ADD ADDITIONAL NAMED PLAINTIFFS AS CLASS REPRESENTATIVES**<br><br>(Judge Wolski)<br><br>Electronically filed September 6, 2007 |

Plaintiffs seek leave to withdraw the name of Thelma R. Curry as a named Plaintiff for personal reasons. Moreover, plaintiffs respectfully renew their request that the Court grant their motion to add additional named plaintiffs as potential Class Representatives as requested in plaintiffs' Motion for Leave to Add Additional Plaintiffs ("Motion for Leave") filed on August 3, 2006, as modified herein.[1]

The Government opposed adding the additional proposed Class Representatives as prejudicial because it did not have enough time to search its records to ascertain whether those former and current VA employees were suitable class representatives. However, one full year

---

[1] Plaintiffs Motion for Leave listed 14 individuals; however, on November 14, 2006, plaintiffs filed a Notice of Withdrawal of Proposed Additional Class Representative, seeking to withdraw one of the 14 names (that of Elizabeth J. Titley). Moreover, the name of Corenna M. Ambrose is hereby withdrawn from the Motion for Leave. Thus, plaintiffs respectfully request that the 12 individuals identified in Exhibit 1 attached hereto be added as named plaintiffs and as Class Representatives.

has passed without defendant having filed any objection to these persons as Class Representatives.

Each of these proposed additional plaintiffs have represented to plaintiffs' counsel that they were, or are, employed by the VA for many years either as a Registered Nurse ("RN") or as a "hybrid" employee during the time frame encompassed by this case. Ten of these twelve proposed additional plaintiffs retired from the VA and regularly receive a retirement check from the Office of Personnel Management ("OPM"). Plaintiffs' counsel have represented to this Court in good faith that all nine (9) of the additional proposed Class Representatives who were RNs were employed by the Department of Veterans Affairs ("VA"), and that each regularly received premium pay pursuant to Title 38, U.S.C. for regularly scheduled weekend duty that was not included in their bi-weekly pay when they used paid leave. The three (3) hybrid employees are or were employed by the VA and each regularly received such premium pay for regularly scheduled weekend duty and/or night work that was not included in their bi-weekly pay when they used paid leave. Because these additional proposed Class Representatives are either RNs or hybrids, they are in the exact same position as the existing named plaintiffs, Thelma R. Curry (an RN) and Yolanda Quimby (a hybrid), and are appropriate substitutes for Ms. Curry as Class Representatives.

Rules 16 and 23 of the Rules of this Court ("RCFC") give the Court wide latitude and flexibility to manage this case. Further, RCFC 21 affords broad permissive rights to join plaintiffs. *See* RCFC 21 ("Parties may be dropped or added by order of the court . . . at any stage of the action and on such terms as are just."). Defendant will in no way be *unfairly* prejudiced by the addition of the proposed Class Representatives because they are in the same position as the two existing named plaintiffs. By contrast, the proposed plaintiffs have a strong interest in

joining this case so that they may serve as representatives of the class and protect the interests of the class. And, these individuals can simply be added as plaintiffs in this action with no delay to the proceedings or prejudice to the defendant.[2]

In the interests of justice, pursuant to RCFC 21, plaintiffs respectfully request the Court grant plaintiffs leave to withdraw the name of Thelma R. Curry as a named plaintiff, and to add the additional named plaintiffs listed on Exhibit 1 attached hereto.

Dated:   September 6, 2007                          Respectfully Submitted,

                                                    s/ Ira M. Lechner

OF COUNSEL:                                         Ira M. Lechner
ROBERT W. BROWNLIE                                  Counsel for Plaintiffs
JULIE L. SCHWARTZ                                   19811-4th Place
DLA PIPER US LLP                                    Escondido, CA 92029
401 B Street, Suite 1700                            (858) 864-2258
San Diego, CA 92101
(619) 699-2700

---

[2] Exhibit 1 corrects two inadvertent minor errors in the spellings of two of the proposed additional Class Representatives' names: "Mary Louise Laverdiere" should be "Marie Louise Laverdiere," and "Sanora Gibson" should be "Sandra Gibson." Additionally, Exhibit 1 includes only the names of the 12 individuals that plaintiffs seek to add as named plaintiffs, and therefore excludes the names of Elizabeth J. Titley and Corenna M. Ambrose, whom plaintiffs do not seek to add as named plaintiffs. Moreover, Exhibit 1 identifies whether each of the 12 proposed additional plaintiffs was, or is, a RN, Licensed Vocational Nurse ("LVN"), or Licensed Practical Nurse ("LPN").

**EXHIBIT 1**

GT\6543923.1
351838-1

**Thelma R. Curry et al. v. United States, Case No. 02-101C**

**EXHIBIT 1 TO PLAINTIFFS' MOTION TO WITHDRAW
THELMA R. CURRY AS A PLAINTIFF**

1. **BARBARA JEAN CAIN**
   **417 Wooded Acres Drive**
   **Newport, NC  28570-7561**
   **SSN:**
   **RN  Agency:  VA**
   **Last Place of employment:  Northport VA Hospital, Northport, NY**

2. **SANDRA A. CESNIK**
   **3822 Euclid Avenue**
   **Madison, WI  53711**
   **SSN:**
   **RN  Agency:  VA**
   **Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI**

3. **ROSE ELLEN FLINT**
   **4 Spur Circle**
   **Albany, NY  12205**
   **SSN:**
   **RN  Agency:  VA**
   **Last Place of employment:  Samuel S. Stratton Upstate VA Medical Center, Albany, NY**

4. **SANDRA M. GIBSON**
   **22 Meadowdale Lane**
   **West Seneca, NY 14224**
   **SSN:**
   **RN  AGENCY: VA**
   **Last Place of employment: Buffalo Veterans Medical Center**

5.  **MARY ANN MACKIN**
    **1016 Sherwood Road**
    **Pittsburgh, PA  15221-3765**
    **SSN:** ▮
    **RN  Agency:  VA**
    **Last Place of employment:  Highland Drive VA Medical Center,
    Pittsburgh, PA**

6.  **MARIE LOUISE LAVERDIERE**
    **31 Quinby Street**
    **Augusta, ME  04330**
    **SSN:** ▮
    **RN  Agency:  VA**
    **Last Place of employment:  Togus VAC**

7.  **FLORENCE D. RICE**
    **208 Shunpike Road**
    **Madison, NJ  07940**
    **SSN:** ▮
    **RN  Agency:  VA**
    **Last Place of employment:   VAMC East Orange, New Jersey**

8.  **SUSAN C. SWIMLEY**
    **148 Juniper Trail**
    **Winchester, VA 22602**
    **SSN:** ▮
    **RN  AGENCY: VA**
    **Last Place of Employment: Martinsburg West Va. VAMC**

9.  **DONNA L. THOMPSON**
    **227 Meadowvale Drive**
    **Cheswick, PA  15024-9423**
    **SSN:** ▮
    **RN  Agency:  VA**
    **Last Place of employment:  Highland Drive VA, Pittsburgh, PA**

10. **NANCY L. ROBINSON**
    **3802 Rosecrans Street, #311**
    **San Diego, CA 92110**
    **SSN:** ▮
    ▮
    **Last Place of employment:  San Diego VA Medical Center, San Diego,
    CA**

11. **MARY M. MILLER**
    **20524 County Hwy. D**
    **Richland Center, WI 53581**
    **SSN:** ███████

    **Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI**

12. **SUE A. HECK**
    **4402 Sequoia Dr., Box 303**
    **Windsor, WI 53598**
    **SSN:** ███████
    **LPN  Agency:  VA**
    **Last Place of employment:  William S. Middleton Memorial VA Hospital, Madison, WI**