# In the United States Court of Federal Claims

No. 02-101C
(Filed April 2, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
**YOLANDA QUIMBY, *et al.*, on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ERRATUM ORDER**

The following, non-substantive corrections are made to the Court's March 27, 2008 Memorandum Opinion and Order:

The abbreviation "p.m" should be corrected to read "p.m." in footnote 2 on page 2. The citation in footnote 5 on page 3 should read "Treasury and General Government Appropriations Act, Pub. L. No. 105-61, § 636, 111 Stat. 1272, 1316 (1997); *see Curry*, 66 Fed. Cl. at 600-02." The penultimate sentence of the second full paragraph of page 8 should read: "The relevant positions -- RNs, PAs, EFDAs, and the various hybrid positions -- are specific and easily identifiable." And the number "2000" should be changed to "2,000" in the last line of the paragraph carrying over to page 9 from page 8.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge