# In the United States Court of Federal Claims

No. 02-101C
(Filed April 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**YOLANDA QUIMBY, *et al.*, on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Parties' counsel telephoned chambers on April 23, 2008 to jointly request a two-week enlargement of time for filing the joint status report, which was scheduled to be filed on or before April 28, 2008. The request is hereby granted. The joint status report is now due on or before **May 12, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge