**PLAINTIFFS' EXHIBIT C**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YOLANDA QUIMBY et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C. A. No. 02-101C<br><br>(Judge Wolski) |

## DECLARATION OF IRA M. LECHNER

I, Ira M. Lechner, do hereby affirm as follows:

1. I am counsel of record for the plaintiffs in the above-captioned case. I have concentrated my legal work on the representation of individuals in multi-plaintiff or class action litigation under the Fair Labor Standards Act and the Back Pay Act.

2. I was counsel of record for the plaintiffs in *Archuleta v. United States*, No. 99-205C (Senior Judge Smith), in which the court approved a settlement with respect to 17 Federal agencies on June 1, 2006. The court appointed Poorman-Douglas Corp. to serve as Settlement Administrator without objection from the Defendant. Poorman-Douglas later was acquired by Epiq Systems without any change in supervisory personnel working on the administration of the *Archuleta* settlement. I have worked on the administration of the *Archuleta* class action settlement with the key personnel at Epiq Systems on a weekly basis from June 1, 2006 until the present time.

3. Including separated employees who were reached by notice publication, the class consisted of over 100,000 potential claimants, and over 35,000 claimants have

been paid back pay and interest. I am pleased with the impartiality, efficiency, and fair-minded administration of the terms of the settlement by Epiq's managers. In my opinion, Epiq's fee structure is competitive in the industry. They have been responsive to the many challenges posed by the administration of such an extensive class of claimants, and they have conducted themselves in a professional manner throughout the almost-two year period of administration. I am confident that Epiq will manage the class notice and opt-in administration of the case at bar with fairness and impartiality if the Court selects it as Class Action Administrator.

I declare under penalty of perjury pursuant to the provisions of 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on May 12, 2008

S/ Ira M. Lechner

__________________________

Ira M. Lechner