**PLAINTIFFS' EXHIBIT D**

# Class Action and Claims Solutions

**PROJECT OVERVIEW FOR**

**IRA LECHNER**
**MAY 5, 2008**

1.0 OVERVIEW ..... 3
**1.1 Program Management** ..... 3
**1.2 Program Management Planning** ..... 3
1.2.1 Program Management Control, Tracking, and Reporting ..... 3
**1.3 System Configuration** ..... 4
**1.4 Claims Administration** ..... 4
1.4.1 Receipt and Logging ..... 5
1.4.2 Data Capture ..... 5
1.4.3 Review Adequacy of Documentation and Completeness ..... 5
1.4.4 Allocation, Reporting and Audit ..... 5
1.4.5 Final Award Register ..... 5
**1.5 Fund Management and Tax Reporting** ..... 5
**1.6 Claim Payment Distribution** ..... 6
**1.7 Shut Down and Archival** ..... 6
2.0 TECHNICAL SOLUTIONS ..... 7
**2.1 Use of Existing Infrastructure and Assets** ..... 7
**2.2 Dashboard and Reporting Infrastructure** ..... 8
**2.3 Call Center Support** ..... 8
**2.4 Risks and Mitigation** ..... 8
3.0 PROJECT MANAGEMENT PLAN ..... 9
4.0 COMMUNICATION PLAN ..... 9
5.0 PAST PERFORMANCE ..... 9
**5.1 NTEU** ..... 10
**5.2 In re Archuleta v. The United States** ..... 11
6.0 KEY PERSONNEL ..... 11
7.0 NOTICE ..... 12
**7.1 Direct Mail** ..... 12

# 1.0 OVERVIEW

Epiq Class Action & Claims Solutions ("Epiq"), formerly known as Poorman-Douglas Corporation, brings to you the value of nearly 40 years of project and data management, quality assurance and case administration experience. Epiq specializes in the administration of Wage & Hour/ERISA class action cases as well as Securities Antitrust, Discrimination, Financial Services, Insurance, Lending Practices, and Product Liability class action cases. While Epiq administers cases of all sizes and scope, we are recognized as the leader in large and complex case administration.

Our success stems from our development and repeated enhancement of our Epiq Approach to class actions, backed by the power of our proprietary database - ClaimsMatrix®, innovative technologies, and our veteran team of specialists. Tried and true, our experts pioneered the class action claims administration process and designed our approach based on unmatched depth of experience, identifying best practices, putting controls in place, and then replicating and refining this process for close to 40 years, across hundreds of cases. Our process provides end-to-end class action and claims solutions with a single partnership.

## 1.1 Program Management

The parties can establish its own level of comfort in its control over Epiq's administration services. Epiq's innovative technology will give you the ability to monitor progress on an hourly basis, if it so chooses. Alternatively, Epiq's breadth of experience will enable you to focus on litigation duties and depend upon Epiq to ensure that the Settlement is implemented according to the terms of the Settlement Agreement. The Epiq Team will incorporate our experience in case administration and closely monitor the project against the budget, reporting any variance and exceptions to normal-course-of-business claims activities.

## 1.2 Program Management Planning

During the initial project start up period, the Epiq Team will work with the parties to develop the Project Management Plan, secure the appropriate staff and solidify the claims administration process and technical infrastructure. We will work with you on the proposed project organization and the roles of the team, confirm communication points of contact, establish working logistics, and review the project tasks, milestones, and schedule for the claims administration program.

### 1.2.1 Program Management Control, Tracking, and Reporting

Following review and finalization of the Project Management Plan with you, the Epiq Team will implement the plans, procedures, and reporting tools needed to monitor and control the project's staff, technologies, and processes. This foundation will allow us to manage the administration and to work closely with you to make joint, informed decisions and to manage risks. The parties can view the administration on a claim by claim basis or simply monitor regular reports.

#### 1.2.1.1 Cost & Schedule Management

The Epiq Team will track and report settlement administration costs, including monthly invoicing and payment. We will compare monthly expenses to the total budget in order to avoid project costs exceeding the total project estimate. We will communicate any overage in expenses to you and will raise concern early in the process if changes in process or procedure will directly impact the original estimate.

#### 1.2.1.2 Quality Assurance, Prevention of Fraud and Performance Reporting

Throughout its history, Epiq has been an industry leader in addressing and preventing fraudulent transactions. We have accomplished this goal through arduous training of claims analysts to keep a watchful eye for suspicious claims. We encourage our analysts to investigate when they are alerted by "red flags." We also implement internal procedures to prevent unscrupulous activity and to protect our clients' and class members' private information.

Epiq has been instrumental in working with law enforcement to curtail illegal activity. In 2005, Epiq worked with the Department of Justice to prosecute Alan Scott who attempted to submit phony claims in the Conseco Securities Litigation and the Western Savings & Loan Securities Litigation being administered by Epiq. Our staff noticed that Mr. Scott had submitted fraudulent tax records, and not the brokers' trading confirmation slips which Epiq requires, to support his claims. With the assistance of testimony by Epiq experts, Mr. Scott was recently sentenced to another 3 ½ years in a federal penitentiary.

Prior to our involvement, Mr. Scott and another serial filer of false claims, Richard Lagerveld, had collected a total of over $9 million dollars through separate but similar false claims submitted to other claims administrators who failed to catch the doctored documentation and paid the claims. Our competitors mailed the multimillion dollar checks to Lagerveld at a homeless shelter in San Diego. Scott submitted his claims while in a federal penitentiary.

Epiq will report on performance via weekly stewardship of claims processing, metrics on efficiency, and Dashboard tracking of service levels such as duration of call and length-of-time to answer incoming calls to the call center.

#### 1.2.1.3 Communication and Status Reporting

Epiq will provide you a Project Manager to handle day-to-day communication and coordinate the various administrative tasks. All case activity and status updates will be available through the Project Manager, as well as through standard on-line Dashboard reporting and reports-on-demand queries. The parties will be able to view relevant summary statistics and/or individual claims status at its own convenience, 24 hours per day, 7 days per week, all year long.

## 1.3 System Configuration

Epiq will utilize a data processing application, ClaimsMatrix®, that has been thoroughly developed and tested and currently hosts over 150 cases. The application is configurable and handles any type of matter, including large securities cases.

If you require special configuration or customized screens or reports, these should be discussed in advance of case start-up. Budget funding has been included for a moderate level of customization.

## 1.4 Claims Administration

The key to the successful startup of a case and to its ongoing quality operation is the time and effort to develop protocols and procedures detailing how each situation in settlement administration will work. Epiq will work directly with the parties to develop the protocols and procedures taking the terms in the Settlement Agreement and translating them to step-by-step processing guidelines.

### 1.4.1 Receipt and Logging

Epiq will open, log, date stamp, affix a document ID label, and scan all documents received in relation to this project. Proof of Claim Forms and supporting documentation, as well as all correspondence and responses to deficiency notices, will be processed on a timely basis to allow you to monitor volume, bottlenecks, and recognized loss trends during the implementation.

### 1.4.2 Data Capture

In addition to scanning an image of the material received, Epiq will OCR or manually key all data from the hard copy Proof of Claim Forms into ClaimsMatrix®. Claims filed on-line via the Settlement Web site are recorded directly in ClaimsMatrix®. The aggregate of Web, and paper claims in a single database ensures accurate weekly reporting on claim filings and flagging of any duplicate submissions.

### 1.4.3 Review Adequacy of Documentation and Completeness

Epiq reviews the documentation initially to determine that the person filing the Proof of Claim Form is eligible to participate in the Settlement. After discussing the rules for participation in the Settlement with you, we accept only documents approved by you that clearly show the claimant purchased the affected securities during the class period.

A claimant must also provide documentation for each transaction claimed on the Proof of Claim Form. The claimant may not provide documentation supporting only the transactions that increase recognized loss, while refusing to supply documentation of transactions decreasing that loss or showing a gain and thereby result in a decrease in recognized loss.

### 1.4.4 Allocation, Reporting and Audit

During the claims processing period, Epiq will provide you progress reports on an agreed upon regular basis. The parties would have the ability to view the global status of the matter via the Dashboard reporting and the status of individual claims through a secure internet connection. At a minimum, you will receive reports that provide gross numbers of claims received and the number of claims in each status, together with the recognized loss of those claims.

After the claims filing deadline has passed and all claims have been processed, Epiq will apply the allocation program and determine each claimant's individual recognized loss, as well as the total amount of recognized loss of all claimants. Epiq conducts ongoing quality controls on our work throughout the entire claims processing period. When processing concludes, we will conduct audits of a statistically relevant portion of the claims to confirm the validity of the work.

### 1.4.5 Final Award Register

Epiq will provide a final award register that will contain a recommendation of the claims that should be paid and the pro rata portion of the fund that should be paid to each claimant. The allocation coding and subsequent reports are independently audited and verified before submission to you for approval.

## 1.5 Fund Management and Tax Reporting

Epiq has a wealth of experience in the distribution of awards on qualifying claims. Based on the allocation formulas and the filed claims, our programs will automatically calculate the amount of cash due to each approved claimant. We have reporting mechanisms in place to list accepted and rejected claims. We are also experienced at preparing affidavits for the Court regarding claims processing procedures and proposed distributions.

A rigorous review and control procedure is conducted for preparation of the distribution. Once the distribution is approved, we normally issue awards to eligible and approved claimants to the address of record. We provide an award register and other reports reflecting the distribution.

We perform distributions on a fee basis, using a trust account that is funded by the Escrow Account. We can also provide distribution services for a reduced fee, if a bank that is an Epiq business partner holds the funds.

Our checks are printed on-site with MICR encoding and secure check stock. All financial instruments are handled with dual custody and in areas secured by access keys and camera monitoring. The check stock is kept in a secure location and is carefully controlled to prevent misuse.

Other Distribution Activities Include:

- Compile and reconcile information regarding the Settlement Fund.
- Calculate the distribution of cash due each approved claimant.
- Prepare affidavit for Court regarding claims processing procedures and proposed distribution.
- Process electronic payments or print checks for approved claimants.
- Design letter to include with award.
- Mail 1099 forms if necessary and follow IRS reporting procedures.
- Provide award register to necessary parties.

The following are services that Epiq can provide to aid in meeting tax requirements.

- Complete Form SS4 to establish TIN for fund.
- Summarize activity in Settlement Fund for preparation of U.S. Income Tax Return.
- Estimate and make quarterly payments to qualified depository in timely manner.
- Prepare Form 1120-SF for qualified settlement fund and file with necessary payments.
- Respond to any communication from the IRS, including late payment penalty notifications, and provide representation at any meetings and/or examinations concerning the settlement funds by the IRS.

## 1.6 Claim Payment Distribution

During the start-up process, the Project Manager will work with you to review the rules for calculations and disbursements. The requirements of the Settlement and the damages expert will be analyzed and implemented with testing and specific claim examples for approval. Accounting of all calculations, pro rata awards, payment issues, voids, and reissues, and fund balances are reported on a daily basis with monthly reconciliation by the Disbursements Department.

## 1.7 Shut Down and Archival

Once activities associated with the Settlement Administration conclude, Epiq will take the necessary steps to archive and secure all hard copy and electronic documents, as well as any information contained within the claims application, under standard retention guidelines. The toll-free phone line and Web site will be shutdown and archived. Hard copy documents will be maintained in our secure vault for one year at

which time they will be shipped to a third-party or securely destroyed to ensure the privacy of class member information. All electronic data will be stored for up to three years unless otherwise instructed.

# 2.0 TECHNICAL SOLUTIONS

Epiq offers comprehensive technical capabilities to deliver a complete solution for the Settlement. Our technical services group has almost 40 years of combined experience handling the most sensitive and complex data and applications for clients across a range of industries, from financial and healthcare to manufacturing and services. Our infrastructure, processes, and procedures have passed the rigorous, independent audits of bank and insurance clients, and we hold a SAS 70 certification, essential to any provider of services to the financial industry.

Epiq has extensive experience and has led the way technically in the administration of large and complex legal matters. We have had numerous cases in which we have demonstrated performance in on-line claims filing, electronic noticing and interactive claims administration where multiple parties participate in a multi-step adjudication process. Our applications can be engineered to integrate all phases of administration including the tracking and escalation of claimant phone calls and inquiries.

Epiq has also been a pioneer in on-line claims filing. We understand the unique care this area requires, and we have experience with a variety of approaches, depending on the claimant population, the settlement terms, conditions and business rules. For example, solutions for on-line claims filing can be as simple as providing a Claim Form that can be filled out on-line, tracked in the database, printed, signed and mailed by the client for processing and adjudication. It can also be a completely on-line experience where claimant authentication is required and access to claimant specific data is used to help the claimant file the claim electronically. Both of these methods have pros and cons and as the Settlement terms, conditions and business rules are finalized and reviewed, the experienced staff of Epiq business and technical professionals will work with you to craft a solution that best fits the needs of the Settlement.

## 2.1 Use of Existing Infrastructure and Assets

To meet your objectives, the Epiq Team will leverage existing and proven infrastructure to deliver a “turn key” solution that requires minimal configuration or development. We will use proven methodologies to support system configuration and testing during the Startup Phase, thereby reducing the time required to implement Settlement Administration.

Additionally, the Epiq Team will utilize pre-existing system management processes, years of operations and maintenance experience with systems at similar or higher activity volumes and pre-existing, proven systems to deliver the most value to you. The systems that we will utilize is already support 24x7 operations, are architected for redundancy (i.e., no critical single points of failure) and have sophisticated disaster recovery plans.

Epiq application development work is done in a highly controlled environment where SAS 70 prescribed processes – for example, the separation of development, test and production environments – are carefully followed. Epiq solutions are supported by a secure network environment. Our network is perimeter-secured with internal and external firewalls which are frequently tested and monitored. Web servers operate in a protected “DMZ,” and Web based applications that contain client specific data operate under SSL with 128-bit encryption. The process, protocols, infrastructure and applications have all been thoroughly tested and audited to conform to the highest standards adopted by financial institutions. We also support customer solutions with a leading-edge hardware platform that includes HP/Compaq servers, Cisco Routers, and EMC and Isilon storage with access to over 12 terabytes of capacity. Critical Web servers, database servers and business object servers are clustered to offer fail-over protection.

## 2.2 Dashboard and Reporting Infrastructure

Epiq has a near real-time, secure Web interface for statistical reporting – the ClaimsMatrix® Dashboard. Epiq reports statistical information in a variety of formats that can be provided on a weekly, monthly, quarterly, or annual basis. We have the capability to use an on-line format hosted on a site that requires security clearance and user authentication. We report the following statistical information:

- Notices mailed as part of the original notice mailing
- Notices returned as undeliverable
- Notices returned with forwarding address information
- Notices mailed following the initial Notice
- Records researched for current address information
- Paper claims received
- Online claims received
- Current award total for claims received
- Unique visitors to Web site
- Calls received into the toll-free information hotline
- E-mail inquiries/correspondence received
- E-mail inquiries/correspondence forwarded for resolution
- E-mail/correspondence inquiries responded to or otherwise resolved
- Awards issued
- Awards paid

Weekly statistical reports cover notice mailings, undeliverables, phone calls, Web site accesses (hits), claims filed, claims in process, and claims paid.

Monthly stewardship reports are based on the weekly statistics and provide a textual summary of progress.

Regular database reports will be generated as required by the client, showing the detail of claims in progress to support the weekly statistics and monthly stewardship reports.

## 2.3 Call Center Support

Epiq maintains a fully staffed call center at its Beaverton, Oregon facilities. Epiq has innovative technology that will allow a phone agent to access an individual claimant's records to aid them in filing a claim and, if necessary, answer questions regarding defective letters or the claims process in general, according to a script created by Epiq in consultation with you.

## 2.4 Risks and Mitigation

Attached below is a table with Epiq's assessment of risks with the solution and proposed strategies to mitigate those risks, including criteria for determining when a risk event occurs.

**Table 2.4-1: Risks and Mitigation Strategies**

| Risk | Criteria for Determining Event Has Occurred | Risk Mitigation Strategies |
|---|---|---|
| Call center support volumes dramatically | Average call wait times increase dramatically | Contact center managers constantly evaluate call flows and update VRU to handle new questions and issues in an automated way. Contact centers have roll-over capability, and can staff quickly for |

| Risk | Criteria for Determining Event Has Occurred | Risk Mitigation Strategies |
|---|---|---|
| exceed estimates | | sustained traffic surges. |
| System-critical component fails | System response times drop while the component in question is brought back online, but there will be no service outage | All critical infrastructure components are redundant (i.e. no single point of failure), with a full backup and system management plan to restore components quickly and bring system back to full capacity. |
| Claim response rate is much higher than anticipated | Spike in claims intake and case statistics reflect totals filed greater than estimated | The Project Manager will monitor claims intake volumes. The PM will also run production metrics reports on a regular basis to ensure that processing timelines will be met and to notify you of any budget impact. Epiq will communicate increased activity and suggest resource changes, as appropriate. |
| Allocation formula is not applied correctly to determine correct award amounts | Independent audit of specific claim calculations identifies error in methodology | Programming logic is tested against all known use case scenarios and verified by two-tier review system. Independent audit also occurs prior to any award payments to ensure no negative impact to Fund. |

# 3.0 PROJECT MANAGEMENT PLAN

Epiq will prepare a Milestone Tracker that will detail every key event or deadline associated with your matter. The document will be maintained and updated throughout case implementation advising you when certain deadlines are approaching and if deliverables were provided in a timely manner.

A Project Manager will work with you to define case requirements and staffing needs and will increase or decrease staff as needed during case administration.

# 4.0 COMMUNICATION PLAN

Epiq will provide you with a Project Manager and qualified group of claims analysts. We will provide you with reports with real-time case statistics via an online database. We will also provide feedback regarding the project costs and expenses and will prepare monthly stewardship reports as needed.

If desired, regular project management meetings may be conducted at your offices to review status of progress, exceptions or issues addressed, and projections for processing completion based on volume trends.

# 5.0 PAST PERFORMANCE

Epiq has handled over 500 cases with a worldwide scope, including 87 currently active cases. Annually, we mail over 50 million pieces of first-class mail, process hundreds of thousands of documents, print more than 15 million checks, and manage $1.5 billion in fund deposits.

Epiq has extensive experience in administering cases of all sizes. A summary of a recent complex employment case follows:

## 5.1 NTEU

**In re National Treasury Employees Union v. The United States of America**
Case No. 02-128 C
United States District Court, District of Columbia.

| | |
|---|---|
| 212,722 | Government Employees |
| 8 | Years of Payroll Data |
| 224 | Government Special Rates Salary Replacement tables |
| 561,176 | Notices and Claim Forms to Mail |
| 116,448 | Claims to Process |
| 196,512 | Checks to Print and Mail |
| $159,830,760 | Awards to Disburse |
| $14,242,363 | Federal and State Taxes to Withhold and Report |
| 173,408 | Telephone Calls |
| 146,272 | Letters from Class Members |

US Government enters into a landmark settlement to recalculate the payroll of more than 212,000 employees from an eight year period.

Epiq has breadth and depth to fulfill US Government's complex needs: calculate millions of payroll records and administer entire settlement from notice, claims processing and class member inquiries to award calculation, distributions, class member challenges and tax reporting.

Epiq consultants coordinated with US Department of Justice, US Department of Treasury, Office of Personnel Management and National Treasury Employees Union (NTEU) to ensure administrative needs completely understood and satisfied.

US Office of Personnel Management provided several million payroll records. Epiq developed Allocation Formula to process amounts through 224 Salary Replacement tables covering employee occupations and grades for 13 discrete time periods across eight year class period. Allocation Formula calculated back pay with interest (as determined by prevailing quarterly interest rates in each of the 13 time periods) supplemented by Lost Premium Pay, compound daily interest and special adjustments for Retirees and Annuitants.

Programming of Allocation Formula comprised 2,594 lines of Cobol code. Formula subjected to three separate audits. First by US Office of Personnel Management, second by Professor of Finance Martin Asher of the Wharton Business School and third by Brown Greer LLP on behalf of NTEU. Epiq Allocation Formula withstood scrutiny of all three independent audits.

Using sophisticated address correction methodologies Epiq reached class members, successors and heirs. Remarkable 55% response rate compared to 2%-8% class action norm. Notice customized by dates of employment, occupation, job grade, pay rate determinant, agency and duty station.

## 5.2 In re Archuleta v. The United States

**Case No. 02-128 C**
United States District Court, District of Columbia.

| | |
|---|---|
| 83,660 | Government Employees |
| 7 | Years of Payroll Data |
| 17 | Government Agencies Included |
| 87,824 | Notices and Claim Forms to Mail |
| 55,468 | Claims to Process |
| 35,550 | Checks to Print and Mail |
| $2,770,721.54 | Awards to Disburse |
| 34,532 | Telephone Calls |
| 7,325 | Letters from Class Members |

US Government enters into a landmark settlement to recalculate the payroll of more than 80,000 employees.

Epiq has breadth and depth to fulfill US Government's complex needs: calculate millions of payroll records and administer entire settlement from notice, claims processing and class member inquiries to award calculation, distributions, class member challenges and tax reporting.

Epiq consultants coordinated with US Department of Justice, US Department of Treasury, and the Office of Personnel Management to ensure administrative needs completely understood and satisfied.

US Office of Personnel Management provided tens of thousands of payroll records. Epiq developed Allocation Formula to process amounts through numerous tables covering employee occupations and grades. Allocation Formula calculated back pay with interest, supplemented by Lost Back Pay, compound daily interest and special adjustments for Retirees and Separated Employees.

Using sophisticated address correction methodologies Epiq reached class members, successors and heirs. Remarkable 39% response rate compared to 2%-8% class action norm. Notice customized by dates of employment, occupation, job grade, pay rate determinant, agency and duty station.

The final distribution involved the calculation and coordination of $1,332,842.71 in payroll taxes.

# 6.0 KEY PERSONNEL

To support the Settlement, Epiq will adopt the same approach as we do in other class action matters. We will offer a staff of qualified executives and managers with whom you will work throughout the Settlement Administration. We will also provide direct access to the President of the company and the Director of Class Action.

We manage project staff size to meet your needs and expectations. We work closely with a trusted agency and find it easy to recruit educated, diligent and dedicated employees. We have an extensive data

center that can handle large, complex and time-sensitive mailings and can increase our call center capacity and agents as needed.

# 7.0 NOTICE

Using a combination of a Direct Mail Notice, and Media Publication would ensure that the maximum number of claimants receive the Notice and Claim Form packet and have a chance to respond or file a claim in this matter. A breakdown of the three notice components follows.

## 7.1 Direct Mail

The Project Manager will work with you to coordinate the mailing of notices. The mailing process includes data analysis such as de-duping of files, postal standardization, and address updating. If addresses are not known to be current, we will pass the file through an address update service such as National Change of Address ("NCOA") or LexisNexis AllFind.

Outgoing pieces are bar coded for a quick and cost efficient update of undeliverable pieces to the claims database. Undeliverable records can then be researched further for re-mailing of notices or reporting to the parties and Court. Re-mailing of notices can happen as often as necessary to ensure compliance with the terms of a settlement. As claims filing or comment deadlines approach, we will re-mail daily. During less critical periods, we may only re-mail weekly to reduce coordination expenses.

Outgoing pieces are assigned a unique tracking number. In the notice database we maintain a record of the date of mailing, undeliverable date, address change date, source, and re-mail date. This is important in order to respond to objections on adequate notice and to report to the Court on effective reach of notice.