**PLAINTIFFS' EXHIBIT E**

**Epiq Systems Noticing**
Nurse Campaign, R.Oseas

| Publication | | Frequency | Distribution | Circulation | Monthly Edition | 1st Insertion Space & Material Close | Ad Unit | Insertions | Daily Discounted Rate | Total Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **Magazines** | | | | | | | | | | |
| | *AARP* | Bi-Monthly | National | 23,000,000 | Sept-Oct | 6/2/2008 | 1/3 Page | 1 | $203,420.00 | $203,420.00 |
| | *American Physical Therapy Magazine* | Monthly | National | 67,739 | Sept | 6/1/2008 | 1/2 page | 2 | $3,480.00 | $6,960.00 |
| | *Registered Nurse* | Monthly | National | 261,996 | Sept | 8/8/2008 | 1/4 Page | 2 | $5,390.00 | $10,780.00 |
| | *American Association of Critical Care Nurses News* | Monthly | National | 80,000 | Sept | 7/1/2008 | 1/4 Page | 2 | $3,500.00 | $7,000.00 |
| | *Nursing 2007* | Monthly | National | 265,646 | Sept | 7/1/2008 | 1/4 Page | 2 | $6,500.00 | $13,000.00 |
| **Newspapers** | | | | | | | | | | |
| | *The USA Today* | Daily | National | 2,280,754 | Daily | 5 business days prior to issue date | 1/8 Page | 1 | $22,185.00 | $22,185.00 |
| **Journals** | | | | | | | | | | |
| | *Journal of American Academy of Nurse Practitioners* | Monthly | National | 22,200 | Sept | 8/1/2008 | 1/4 Page | 2 | $1,795.00 | $3,590.00 |
| | *American Association of Nurse Anesthetists Journal* | Bi-Monthly | National | 36,000 | Oct | 8/29/2008 | 1/4 Page | 2 | $2,080.00 | $4,160.00 |
| | *American Journal of Nursing* | Monthly | National | 305,840 | Sept | 8/1/2008 | 1/4 Page | 2 | $5,315.00 | $10,630.00 |
| | *State Board of Nursing Magazines* | Monthly | See list of states | 2,013,000 | Sept | 6/1/2008 | 1/3 Page | 2 | $32,580.00 | $65,160.00 |

Expenses

| | |
|---|---|
| Long Distance/Fax | $100.00 |
| Mechanicals/Art Design | $300.00 |
| **Estimated Total** | **$347,285.00** |

10300 SW Allen Blvd.
Beaverton, OR 97005
503.350.5210
www.epiqsystems.com