**PLAINTIFFS' EXHIBIT F**

An AARP Services, Inc. Media Sales Publication

AARP SERVICES INC.

EDITORIAL PROFILE

AARP THE MAGAZINE is edited for mature readers. AARP The Magazine provides features, pertinent news and practical advice from travel to technology, from health and finance to fashion and self-fulfillment. It also provides interaction with the publication through member surveys and polls.

PUBLISHER'S POSITIONING STATEMENT

AARP's lifestyle channel extends from AARP The Magazine (ATM), the world's largest circulation magazine. Geared exclusively towards 50+ Americans seeking to enhance their quality of life as they age, ATM has interactive web-based extensions, an experiential traveling road show, books + weekly syndicated radio and television programming.

PT--Magazine of Physical Therapy—

Is the professional issues magazine of the American Physical Therapy Association (APTA). Published to meet the needs and interests of APTA members and to promote physical therapy as a vital professional career, PT provides legislative, health care, human interest, and Association news and serves as a forum for discussion of professional issues and ideas in physical therapy practice.

RN—Registered Nurse Magazine

EDITORIAL PROFILE

RN is a peer-reviewed journal that serves registered nurses in various specialties, primarily those working in hospital-affiliated facilities. Roughly 40% of the editorial is clinical, 35% is professional and 25% is lifestyle-oriented. Legal issues, ethical questions, and professional news and discussions are among the non-clinical topics covered. RN offers CE tests every month.

PUBLISHER'S POSITIONING STATEMENT

RN is a leading nursing publication among registered nurses and the premier source of up-to-date clinical information. For 70 years, RN has provided time-crunched nurses with the clinical, professional, and personal tools they need to excel on the job and off. RN has won eight editorial awards from the ASHPE since 2007 and has been awarded 28 first-place Neal awards. Its award-winning editorial provides solutions

for the clinical, personal, and professional challenges of nursing. RN's quality circulation reaches more hospital and acute care nurses than any other journal in the market. Packages also available with sister publication, Healthcare Traveler.

AACN NEWS

EDITORIAL PROFILE
AACN NEWS is edited for The American Association of Critical-Care Nurses. It covers news in critical care nursing, as well as The Association News.

Nursing 2007 for 2008--

EDITORIAL PROFILE
NURSING2007 is a skill enrichment journal for practicing nurses. The how-to articles deal with clinical nursing (i.e., patient care and closely related matters). Articles written by nurses and health professionals chosen for expert knowledge. Manuscripts are previewed and pretested for accuracy and useability by members of the 44 member Editorial and Advisory Boards. Articles are heavily edited for conciseness and readability; profusely illustrated. Regular Departments include: Tips and Timesavers, Nursing the Net, Myths & Facts, Sharing, I.V. Rounds, Confidentially, Clinical Do's and Don'ts, Medication Errors, Legal Questions, Drug Challenge, Career Tips, Ethical Problems, Advice, PRN, Letters and Others.

PUBLISHER'S POSITIONING STATEMENT
Nursing2007 is an award-winning how-to journal created to provide practical, hands-on information to nurses. Readers say the journal is their first choice for quick-read updates on the most comprehensive range of nursing topics, including clinical and professional information on drugs, diseases, nursing care strategies, and legal/ethical issues. Continuing-education articles offer abundant opportunities for nurses to advance their skills. Nursing2007's hallmark "from-the-heart" narratives highlight the compassionate side of nursing. The journal's

## JOURNAL OF THE AMERICAN ACADEMY OF NURSE PRACTITIONERS

### EDITORIAL PROFILE

JOURNAL OF THE AMERICAN ACADEMY OF NURSE PRACTITIONERS presents original, peer-reviewed articles that address clinical practice, clinical management, prescribing and clinically focused health policy, research, education and other issues for providers. Because of its widespread distribution, the Journal provides an excellent tool for promoting your products and expertise to a health care audience.

## AANA Journal

### EDITORIAL PROFILE

THE AANA JOURNAL is the official peer-reviewed scholarly journal of the American Association of Nurse Anesthetists. In the journal, original manuscripts foster the understanding of the science of anesthesia delivery and investigate issues, ideas and innovations that advance the practice of nurse anesthesia. Authors submit original research, case reports, survey/review articles, letters to the editor, and book reviews. Regularly featured columns include "Legal Briefs" and "Education News." Each issue carries an ongoing continuing education series, the AANA Journal Course, for which CRNAs receive 6 credits upon completion.

## STATE BOARD OF NURSING MAGAZINES

Comprised Of

Arkansas State Board of Nursing
Arizona State Board of Nursing
District of Columbia Board of Nursing
Indiana State Board of Nursing
Kentucky State Board of Nursing
Nebraska State Board of Nursing
Nevada State Board of Nursing
New Mexico State Board of Nursing
North Carolina State Board of Nursing
North Dakota State Board of Nursing
Ohio State Board of Nursing
South Carolina State Board of Nursing
South Dakota State Board of Nursing
Tennessee State Board of Nursing

Washington State Board of Nursing
Wyoming State Board of Nursing
Arkansas Nurses Association

EDITORIAL PROFILE

STATE BOARDS OF NURSING MAGAZINES provides educational articles of interest to every nurse of every degree as well as student nurses, State Board meeting highlights, disciplinary actions, changes in rules and regulations regarding the practice of nursing in that state.