**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| YOLANDA QUIMBY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-101C<br><br>Judge Victor J. Wolski |

**<u>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR ORDER REQUIRING DEFENDANT TO BEAR CLASS NOTICE COSTS AND ADMINISTRATION OF OPT-IN CLASS</u>**

Plaintiffs respectfully request the Court grant a brief, 10-day extension for Plaintiffs to file their Reply in Support of Motion for Order Requiring Defendant to Bear Class Notice Costs and Administration of Opt-In Class ("Reply"). Counsel for Defendant has authorized Plaintiffs' counsel to state that Defendant's counsel has no objection to the granting of this motion.

Defendant previously filed a Motion for Leave to File out of Time its Opposition, and Plaintiffs did not oppose Defendant's motion for leave. As a result of the filing date of Defendant's unopposed motion for leave and accompanying Opposition, Plaintiffs' Reply is required to be filed by June 30, 2008. Plaintiffs' counsel have been preparing their Reply and intended to file the Reply by June 30, 2008. However, on June 24, 2008, Ira Lechner, counsel for Plaintiffs, suffered a mild heart attack and was hospitalized. While Mr. Lechner will make a full recovery, this has delayed his ability to complete the Reply and he will be unable to file the Reply by June 30, 2008. Plaintiffs have not previously requested any extensions to file this Reply.

Plaintiffs therefore respectfully request that the Court grant Plaintiffs a 10-day extension to file their Reply, and allow Plaintiffs to file their Reply by no later than July 10, 2008.

Respectfully submitted,

s/Ira M. Lechner__________
IRA M. LECHNER, ESQ.
Attorney
19811-4th Place
Escondido, CA 92029
Tel: (760) 839-0565
Fax: (760) 839-5755

Attorney for Plaintiffs

Of Counsel:
ROBERT W. BROWNLIE, ESQ.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

Co-Counsel for Plaintiffs

Dated: June 27, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR ORDER REQUIRING DEFENDANT TO BEAR CLASS NOTICE COSTS AND ADMINISTRATION OF OPT-IN CLASS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ira M. Lechner