# In the United States Court of Federal Claims

No. 02-101C
(Filed June 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YOLANDA QUIMBY, on behalf of herself and all others similarly situated,** *

Plaintiffs, *

v. *

**THE UNITED STATES,** *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed defendant's unopposed motion for leave to file out of time its Opposition to Plaintiffs' Motion for Order Requiring Defendant to Bear Class Notice Costs and Administration of Opt-In Class, filed June 12, 2008. The Court **GRANTS** defendant's motion. The Clerk's office is directed to file the opposition, submitted as an attachment to docket number 86, and give it docket number 89.

The Court has additionally reviewed plaintiffs' unopposed motion for a ten-day extension of time to file their Reply in Support of their Motion for Order Requiring Defendant to Bear Class Notice Costs and Administration of Opt-in Class. The Court **GRANTS** plaintiffs' motion. Plaintiffs' reply shall be filed on or before July 10, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge