# In the United States Court of Federal Claims

No. 02-101C
(Filed July 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
**YOLANDA QUIMBY, on behalf of herself and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on plaintiffs' motion for an order requiring defendant to bear class notice costs and administration of the opt-in class shall be held via telephone on July 22, 2008 at 1:30 p.m. Eastern Daylight Savings Time. The Court will initiate the call to the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge