# In the United States Court of Federal Claims

No. 02-101C
(Filed July 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**YOLANDA QUIMBY, on behalf of herself and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Oral argument on plaintiffs' motion for an order requiring defendant to bear the costs of class notice and of administration of the opt-in class shall NOT be held via telephone as originally scheduled, but rather shall be held in-person at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The hearing will take place on July 22, 2008 at 1:30 p.m. Eastern Daylight Savings Time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge