# In the United States Court of Federal Claims

No. 02-101C
(Filed July 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**YOLANDA QUIMBY, et al., on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

As was discussed during yesterday's oral argument, plaintiffs' counsel will be allowed to file a declaration describing his past experience concerning the responsiveness of potential class members to published notices and to direct mail notices, including data concerning the numbers of class members resulting from each. Plaintiffs' counsel shall, **on or by July 29, 2008**, file either this declaration or a status report indicating that no declaration will be filed. If a declaration is filed, defendant may **within one week** file a response, if it so chooses.

Additionally, defendant shall file a status report **on or by August 1, 2008** providing more information concerning the personnel databases available to it and the lists of potential class members already compiled. Defendant should discuss whether the generated lists identify or can be made to identify the current employment status of each individual (*i.e.*, still employed, retired, or separated), whether they contain or could contain phone numbers, and whether all the electronic databases identified by plaintiffs have been consulted in generating the lists.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge