IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOLANDA QUIMBY, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-101C<br>Judge Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of three days, to and including August 4, 2008, within which to file the status report required by the Court’s order of July 23, 2008. The status report currently is due on August 1, 2008. Counsel for plaintiff has authorized us to state that he does not object to this request.

This enlargement is necessary because we have not yet obtained the information necessary for preparation of the status report nor do we anticipate doing so in time to file the report by the date it is currently due. In connection with this observation, we note that Government counsel will be out of the office on previously scheduled leave on July 30, 31, and August 1, 2008. Moreover, at the time the Court initially requested this status report, Government counsel was under the impression it would not be due until August 4, 2008, and planned accordingly.

We believe that the additional time requested in this motion

will be sufficient to allow us to obtain this information and to timely file the status report within the enlarged period of time. Accordingly, we respectfully request that the Court grant this unopposed motion for an enlargement of time of three days, to and including August 4, 2008, within which to file our status report.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

July 29, 2008

CERTIFICATE OF FILING

I hereby certify that on this 29th day of July 2008, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

/s/ Hillary A. Stern