# In the United States Court of Federal Claims

No. 02-101C
(Filed July 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**YOLANDA QUIMBY, et al., on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion for an enlargement of time in which to file the status report required by its order of July 23, 2008. The Court **GRANTS** defendant's motion. The status report is now due on or by **August 4, 2008.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge