IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOLANDA QUIMBY, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-101C<br>Judge Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Order dated July 23, 2008, defendant respectfully submits the following status report providing more information concerning the personnel data bases available to it and the lists of potential class members already compiled.

The list of potential class members already compiled was assembled based upon information contained in the database for the Veterans Administration's ("VA's") payroll system called "PAID," which has been in use since the mid-1960's and is the VA's official employee database. The list identifies each individual's name, social security number, last known address, date they left the VA (where applicable), and position(s) held. There are approximately 150,000 names on the list.

The PAID database can identify the current employment status of each individual (i.e. still employed, retired, or separated). It does not contain telephone numbers; the VA can obtain telephone numbers for current employees, but this would be a labor intensive project as there is no central database for these

numbers and each telephone number would have to be looked up individually. The VA does not maintain a database with telephone numbers for former employees.

The PAID database recently has been revised to contain a field for current e-mail addresses and work e-mail addresses for current employees are being added at this time. However, the database does not have work e-mail addresses for all current employees yet. Finding work e-mail addresses for current employees whose addresses have not yet been added to the database would be a labor intensive project similar to finding telephone numbers. The VA does not have e-mail addresses for former employees.

No databases outside of the PAID system were consulted in compiling the existing list of potential class members. We believe that other electronic databases identified by plaintiffs may be useful at some time in the future for locating former employees whose notices have been returned as undeliverable.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

August 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of August 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Hillary A. Stern