IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOLANDA QUIMBY, *et al.*, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | No. 02-101C |
| | ) | Judge Wolski |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFFS' MOTION FOR ORDER REQUIRING DEFENDANT TO BEAR CLASS NOTICE COSTS AND ADMINISTRATION OF OPT-IN CLASS

Plaintiffs respectfully move for leave to withdraw PLAINTIFFS' MOTION FOR ORDER REQUIRING DEFENDANT TO BEAR CLASS NOTICE COSTS AND ADMINISTRATION OF OPT-IN CLASS. Defendant's counsel has authorized Plaintiffs' counsel to state that Defendant has no objection to this motion.

Defendant reserves its right, and does not waive its right, to object to any future motion to shift the costs of class notification and administration. Plaintiffs reserve the right at the conclusion of the case to file a motion pursuant to 28 U.S.C. § 2412 for reimbursement of reasonable costs and other expenses incurred during the administration of the class action. Plaintiffs also reserve the right to file a motion at the appropriate time for reasonable attorney fees pursuant to the Back Pay Act.

WHEREFORE, Plaintiffs respectfully move that Plaintiffs' motion be granted.

Respectfully submitted,

s/Ira M. Lechner, Esq.

IRA M. LECHNER, ESQ.
19811-4th Place
Escondido, CA 92029
Tele: (858) 864-2258
Fax: (760) 839-5755

Attorney for Plaintiffs

Robert W. Brownlie, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

Co-Counsel for Plaintiffs

Dated: August 6, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFFS' MOTION FOR ORDER REQUIRING DEFENDANT TO BEAR CLASS NOTICE COSTS AND ADMINISTRATION OF OPT-IN CLASS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ira M. Lechner