# In the United States Court of Federal Claims

No. 02-101C
(Filed August 6, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YOLANDA QUIMBY, et al., on behalf of themselves and all others similarly situated,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed plaintiffs' unopposed motion for leave to withdraw their motion for an order requiring defendant to bear the costs of class notice and of administration of an opt-in class. Plaintiffs' motion is **GRANTED.** The original motion, filed on May 12, 2008 as Docket Document No. 85, is therefore no longer pending and is now moot.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge