# EXHIBIT B

# CLAIM FORM INSTRUCTIONS

## FOR CERTIFIED OR REGISTERED RESPIRATORY THERAPISTS, LICENSED PHYSICAL THERAPISTS, LICENSED PRACTICAL NURSES ("LPNs"), LICENSED VOCATIONAL NURSES ("LVNs"), PHARMACISTS, OCCUPATIONAL THERAPISTS, GRADUATE NURSE TECHNICIANS, AUDIOLOGISTS, SPEECH PATHOLOGISTS, AUDIOLOGIST-SPEECH PATHOLOGISTS, BIOMEDICAL ENGINEERS, DIETITIANS, MEDICAL INSTRUMENT TECHNICIANS, MEDICAL RECORDS ADMINISTRATORS OR SPECIALISTS, MEDICAL RECORDS TECHNICIANS, MEDICAL AND DENTAL TECHNOLOGISTS, NUCLEAR MEDICINE TECHNOLOGISTS, OCCUPATIONAL THERAPY ASSISTANTS, KINESIOTHERAPISTS, ORTHOTIST-PROSTHETISTS, PHARMACY TECHNICIANS, PHYSICAL THERAPY ASSISTANTS, PROSTHETIC REPRESENTATIVES, PSYCHOLOGISTS, DIAGNOSTIC RADIOLOGIC TECHNICIANS, THERAPEUTIC RADIOLOGIC TECHNICIANS, SOCIAL WORKERS, DENTAL HYGIENISTS, DENTAL ASSISTANTS, MARRIAGE AND FAMILY THERAPISTS, LICENSED PROFESSIONAL MENTAL HEALTH COUNSELORS, BLIND REHABILITATION SPECIALISTS, AND BLIND REHABILITATION OUTPATIENT SPECIALISTS

The following instructions will help you determine if this is the correct Claim Form for your circumstances, and will assist you in completing the form.

This Claim Form should be completed by all former or current VHA employees who meet one or more of the following requirements:

- **(1) If you were specifically designated as a "hybrid" employee, AND YOU REGULARLY WORKED ON SATURDAY OR SUNDAY SHIFTS ANYTIME BETWEEN SEPTEMBER 5, 1995 AND OCTOBER 1, 1997;**

**AND/OR**

- **(2) If you were specifically designated as a "hybrid" employee, AND YOU REGULARLY WORKED ON SATURDAY SHIFTS (that did not include any Sunday hours) ANYTIME BETWEEN OCTOBER 1, 1997 AND JANUARY 23, 2002;**

**AND/OR**

- **(3) IF YOU WERE (OR ARE) A Certified or Registered Respiratory Therapist, Licensed Physical Therapist, Licensed Practical Nurse ("LPN"), Licensed Vocational Nurse ("LVN"), Pharmacist, Occupational Therapist, or Graduate Nurse Technician AND YOU REGULARLY WORKED ON SATURDAY SHIFTS (that did not include any Sunday hours) ANYTIME BETWEEN JANUARY 23, 2002 AND THE PRESENT TIME;**

**AND/OR**



WEST\21361419.4

- **(4) IF YOU WERE (OR ARE) A Certified or Registered Respiratory Therapist, Licensed Physical Therapist, Licensed Practical Nurse("LPN"), Licensed Vocational Nurse ("LVN"), Pharmacist, Occupational Therapist, or Graduate Nurse Technician AND YOU REGULARLY WORKED BETWEEN THE HOURS OF 6 P.M. AND 6 A.M. (SUCH AS ON THE 2ND OR 3RD SHIFTS) ANYTIME BETWEEN SEPTEMBER 5, 1995 AND THE PRESENT TIME;**

**AND/OR**

- **(5) IF YOU WERE (OR ARE) AN Audiologist, Speech Pathologist, Audiologist-Speech Pathologist, Biomedical Engineer, Dietitian, Medical Instrument Technician, Medical Records Administrator or Specialist, Medical Records Technician, Medical or Dental Technologist, Nuclear Medicine Technologist, Occupational Therapy Assistant, Kinesiotherapist, Orthotist-Prosthetist, Pharmacy Technician, Physical Therapy Assistant, Prosthetic Representative, Psychologist, Diagnostic Radiologic Technician, Therapeutic Radiologic Technician, Social Worker, Dental Hygienist, Dental Assistant, Marriage and/or Family Therapist, Licensed Professional Mental Health Counselor, Blind Rehabilitation Specialist, or Blind Rehabilitation Outpatient Specialist AND YOU REGULARLY WORKED ON SATURDAY SHIFTS (that did not include any Sunday hours) ANYTIME BETWEEN NOVEMBER 30, 2004 AND THE PRESENT TIME;**

**AND/OR**

- **(6) IF YOU WERE (OR ARE) AN Audiologist, Speech Pathologist, Audiologist-Speech Pathologist, Biomedical Engineer, Dietitian, Medical Instrument Technician, Medical Records Administrator or Specialist, Medical Records Technician, Medical or Dental Technologist, Nuclear Medicine Technologist, Occupational Therapy Assistant, Kinesiotherapist, Orthotist-Prosthetist, Pharmacy Technician, Physical Therapy Assistant, Prosthetic Representative, Psychologist, Diagnostic Radiologic Technician, Therapeutic Radiologic Technician, Social Worker, Dental Hygienist, Dental Assistant, Marriage and/or Family Therapist, Licensed Professional Mental Health Counselor, Blind Rehabilitation Specialist, or Blind Rehabilitation Outpatient Specialist AND YOU REGULARLY WORKED BETWEEN THE HOURS OF 6 P.M. AND 6 A.M. (SUCH AS ON THE 2ND OR 3RD SHIFTS) ANYTIME BETWEEN NOVEMBER 30, 2004 AND THE PRESENT TIME;**

## PLEASE READ THESE INSTRUCTIONS CAREFULLY

If you meet any one of these requirements, you must fully complete the attached Claim Form to be eligible to receive back pay and interest. Anyone who wants to be included in this class action lawsuit in order to receive back pay and interest must return this form to the Class Action Administrator no later than ______, **2008**.

If you *do not* meet any of these requirements, PLEASE STOP NOW. You may still be eligible for compensation in this case IF YOU WERE A RN, PA, OR EFDA, but this is not the correct Claim Form for your circumstances. You can receive further information about the lawsuit and determine if you are eligible for another type of compensation by visiting the website www.myVAbackpay.com, or by writing to the Class Action Administrator.

## Section A – Class Member and Claimant Information

If you are the Class Member, follow the instructions in the left column. If the Class Member is deceased and you are a spouse annuitant, family representative, or the executor of his or her estate, follow the instructions in the right column. *Required fields have a grey highlight on these instructions.*

| Box | Class Member | Spouse Annuitant, family representative or Executor |
|---|---|---|
| 1-3 | Enter your name | Enter the name of the deceased Class Member (not your name) |
| 4 | Leave blank | Enter your name |
| 5-8 | Enter your mailing address. All correspondence, as well as any award you are entitled to, will be sent to this address. | Enter your mailing address. All correspondence, including any award you are entitled to, will be sent to this address. |
| 9 | Enter your telephone number | Enter your telephone number |
| 10 | Enter your e-mail address. If you do not have an e-mail address, this box can be left blank. | Enter your e-mail address. If you do not have an e-mail address, this box can be left blank. |
| 11 | Enter your Social Security Number | Enter the Social Security Number of the Class member. |
| 12 | Leave blank | Enter your Social Security Number, or enter the Estate Identification Number assigned to the Class Member's Estate. Please note that if you are entitled to an award, this number will be used for tax purposes. |
| 13 | Check the "yes" box | Check the "no" box |
| 14 | Leave blank | Check the appropriate box, based on your relationship to the deceased Class Member. |
| 15 | Check the "no" box | If the Class Member died between September 5, 1995 and the present time, check the "yes" box. Otherwise, check the "no" box. |
| 16 | Leave blank | If you checked "yes" in box 15, enter the date of the Class Member's death. **You MUST provide a copy of the Class Member's death certificate.** |
| 17 | Provide the Employee Status Information in Section B. | Provide the Employee Status Information in Section B. |
| 18 | Leave blank | If there are one or more individuals who you believe might be entitled to share the award, enter the name, Social Security Number and relationship of each person. If there is no one else you believe to be entitled to share the award, write "N/A." |

## SECTION A. CLASS MEMBER & CLAIMANT INFORMATION

| | | |
|---|---|---|
| 1<br>**Class Member** First Name | 2<br>**Class Member** Middle Initial | 3<br>**Class Member** Last Name |

4
**Spouse Annuitant** or **Family Representative** Name (the name of the person completing the form if the Class Member is deceased)

5
**Mailing Address** of the Person Completing this Form (Street, PO Box, Suite or Office Number, as applicable)

| | | |
|---|---|---|
| 6<br>City | 7<br>State | 8<br>Zip Code |

| | |
|---|---|
| 9<br>( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___<br>Your Telephone Number (including Area Code) | 10<br>Your Email Address |
| 11<br>___ ___ ___ - ___ ___ - ___ ___ ___ ___<br>Social Security Number of the **Class Member** | 12<br>___ ___ ___ - ___ ___ - ___ ___ ___ ___<br>Social Security Number of the **Person Completing this Form** (if different), or<br>___ ___ - ___ ___ ___ ___ ___ ___ ___<br>the Estate Identification Number, **if the Class Member is deceased** |

| | | |
|---|---|---|
| Are you the **Class Member** listed above? | 13<br>☐ **Yes**<br>☐ **No** | 14<br>If you answered **No** in box 13, please check the appropriate box that defines your relationship to the Class Member: ☐ **Annuitant** ☐ **Spouse** ☐ **Ex-Spouse** ☐ **Child** ☐ **Parent** ☐ **Sibling** ☐ **Other** (please provide) ____________ |
| Did the **Class Member** listed above **die** prior to April 4, 2007? | 15<br>☐ **Yes**<br>☐ **No** | 16<br>If you answered **Yes** in box 15, please list the date of the **Class Member's death**? ____________<br>**You MUST provide a copy of the Class Member's death certificate when you return this form.** |
| Do you wish to certify that the Employee Status Information in Section B is true and accurate to the best of your knowledge? | 17<br>☐ **Yes**<br>☐ **No** | If you answered **No**, you must provide information to challenge the pre-printed information in Section B. Employee Status Information. **Failure to provide challenging information will result in your claim reverting to the pre-printed information provided in Section B., which you will be considered to have accepted.** |

If you are **not** the Class Member and are a **Spouse Annuitant** or **Family Representative**, you must list to the best of your knowledge anyone else who might be entitled to share in the settlement proceeds owed to the Class Member. For example, are there other Successors-in-Interest such as family members about whom you have knowledge? If none, write "**N/A**."

| **Name** | **Relationship to Class Member** | **Social Security Number** |
|---|---|---|
| 18 | | ___ ___ ___ - ___ ___ - ___ ___ ___ ___<br>Social Security Number |
| | | ___ ___ ___ - ___ ___ - ___ ___ ___ ___<br>Social Security Number |
| | | ___ ___ ___ - ___ ___ - ___ ___ ___ ___<br>Social Security Number |

## Section B – Employee Status Information

This section contains information about your employment with the VHA. Do the best you can in attempting to recall this information as it can be helpful in calculating what award, if any, to which you are entitled. But, if you can not recall these details specifically, do not be concerned as your award will be calculated from VHA records anyway. Please answer the questions to the best of your knowledge. **If you can not recall any of these details, just leave the box blank:**

(1) Do you recall being regularly scheduled to work either on the 2nd or 3rd shifts after 6 p.m. and before 6 a.m. anytime during any of the following years (check one or more of the boxes if the answer is "Yes" ):

1995____; 1996____; 1997____; 1998____;1999_____; 2000_____; 2001____; 2002___; 2003____; 2004____;

2005____; 2006____; 2007____; 2008____;

(2) Do you recall being regularly scheduled to work either on Saturdays or Sundays anytime during any of the following years (check one or more of the boxes if the answer is "Yes" ):

1995____; 1996____; 1997____(between January 1 and September 30);

(3) Do you recall being regularly scheduled to work on Saturdays (on a shift that did not include any Sunday hours) anytime during any of the following years (check one or more of the boxes if the answer is "Yes" ):

1997____(between October 1 and December 31); 1998____;1999 _____; 2000_____; 2001____; 2002____; 2003____; 2004____; 2005____; 2006____; 2007____; 2008______

## Section C- Signature

**By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the finding of the United States Court of Federal Claims that the VA failed to pay night premium pay and/or weekend premium pay when you used paid leave, as printed in the accompanying Notice.**

Sign Your Name: ____________________________________ Date: ____________________________

Print Your Name: __________________________________ Relationship to Employee: ______________

## Submitting your Claim Form

Before you send this form to the Settlement Administrator, be sure you have done the following:

- ☐ Completed all required fields in Section A.
- ☐ Thoroughly reviewed all data in Section B to ensure that it is accurate and complete.
- ☐ Signed and dated the certification in Section C.

If you have completed all of these steps, please mail the form to:

Class Action Administrator
PO Box _____
Portland, OR 97208-_______

**YOU MUST MAIL THE COMPLETED FORM NO LATER THAN _________,2008 OR YOU WILL LOSE ALL RIGHTS TO COLLECT ANY BACK PAY AND INTEREST IN THIS CASE.**

**DO NOT DELAY IN MAILING THIS COMPLETED FORM.**

If you have any further questions, you may contact a Claimant Services Representative by calling **1-866-833-_____**.