# In the United States Court of Federal Claims

No. 02-101C
(Filed August 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YOLANDA QUIMBY, et al., on behalf of themselves and all others similarly situated,** *

Plaintiffs, *

v. *

**THE UNITED STATES,** *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference will be held by telephone on **September 3, 2008** at 1:00 p.m. Eastern Time to discuss the mechanics of class notification and administration, in light of Plaintiffs' Unopposed Status Report and Plaintiffs' Notice of Errata to Unopposed Amendment to Joint Preliminary Status Report (both documents filed August 6, 2008). Chambers will initiate the calls to counsel.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge