# In the United States Court of Federal Claims

No. 02-101C
(Filed September 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**YOLANDA QUIMBY, et al., on behalf of themselves and all others similarly situated,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference was held by telephone on September 3, 2008 to discuss the proposed plan of notification and administration, as presented in Plaintiffs' Unopposed Status Report of August 6, 2008.

It was agreed that counsel for the parties will confer and submit for the Court's approval a protective order to be used in the case. This may be submitted as an attachment to a future joint status report. Additionally, counsel for the parties will modify the language of the proposed notice and claim form instructions for potential class members, as presented as Exhibits A and B, respectively, to Plaintiffs' Notice of Errata to Unopposed Amendment to Joint Preliminary Status Report of August 6, 2008. These modifications will clarify that to be a member of the class, a hybrid had to have received additional pay for working the relevant shifts.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge